No. 80–532. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. v. FLORIDA NURSING HOME ASSN. ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–781. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, CLC, ET AL. v. WESTINGHOUSE ELECTRIC CORP. C. A. 3d Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied. JUSTICE STEWART and JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 80–5574. IN RE RAINES. Petition for writ of habeas corpus denied.

No. 80–5502. IN RE JOHNSON. Petition for writ of mandamus denied.

No. 80–738. IN RE PENNHURST PARENTS-STAFF ASSN. Petition for writ of mandamus and prohibition and other relief denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–251. ROSTKER, DIRECTOR OF SELECTIVE SERVICE v. GOLDBERG ET AL. Appeal from D. C. E. D. Pa. Motion of Stacey Acker et al. for leave to intervene denied. Probable jurisdiction noted.

No. 80–242. HIDALGO, SECRETARY OF THE NAVY v. NAKSHIAN. C. A. D. C. Cir. Certiorari granted.

No 80–493. UNITED STATES DEPARTMENT OF EDUCATION v. SEATTLE UNIVERSITY. C. A. 9th Cir. Certiorari granted.